James W. Spertus (Bar No. 159825)
Ezra D. Landes (Bar No. 253052)
**LAW OFFICES OF JAMES W. SPERTUS**
1990 South Bundy Dr., Ste. 705
Los Angeles, CA 90025
Telephone:     (310) 826-4700
Facsimile:      (310) 826-4711
Email:            jim@spertuslaw.com;
ezra@spertuslaw.com

Attorneys for Plaintiff Selective Telecommunications Consulting, LLC

BRANDON C. FERNALD (Bar No. 222429)
**FERNALD LAW GROUP LLP**
6609 Willoughby Avenue
Los Angeles, CA 90038
Telephone:     (323) 410-0300
Facsimile:      (323) 410-0330
Email:            brandon.fernald@fernaldlawgroup.com

Attorneys for Defendant MetroPCS California, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELECTIVE TELECOMMUNICATIONS CONSULTING, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>    v.<br><br>METROPCS CALIFORNIA, LLC, and DOES 1 through 35, inclusive,<br><br>             Defendants. | Case No.  CV 09-09353-AHM (RCx)<br><br>**ORDER RE: DISMISSAL** |

DOCUMENT PREPARED
ON RECYCLED PAPER

1
2
3
4
5  Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT all claims made by Plaintiff Selective Telecommunications Consulting, LLC against MetroPCS California, LLC herein, are hereby dismissed with prejudice.

6
7  IT IS SO ORDERED.

8
9  DATED: June 29, 2010

10 **JS-6**

_____
A. Howard Matz
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER